UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

JOSEPH L. SILVERBURG,

    Plaintiff,

V.

USLBM, KI or KENTUCKY INDUSTRIAL,
LISA WRIGHT, JEFF DUFF,
EMILY HUDSON, and RICK PEAVLER,

    Defendants.

Civil Action No. 5: 22-272-KKC

**ORDER**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

    This matter is before the Court on the magistrate judge's Recommended Disposition (R. 47), which recommends that this action be dismissed due to plaintiff Joseph L. Silverburg's failure to comply with Court orders and Local Rule 5.3(e) and failure to prosecute this matter. Among the orders that Silverburg has failed to comply with is a December 7, 2022 order by the magistrate judge (R. 45), which required that Silverburg show cause by December 16, 2022 why his complaint should not be dismissed. Silverburg did not respond to that order at all.

    In the Recommended Disposition, the magistrate judge ordered that objections to his recommendation of dismissal must be filed within 14 days after a party is served with a copy of the recommendation. It has now been 27 days since the recommendation was filed and no party has objected to it. The Court agrees with the recommendation and, accordingly, hereby ORDERS as follows:

    1) this matter is DISMISSED and STRICKEN from the Court's active docket; and

    2) all pending motions are DENIED as moot.

This 17th day of January, 2023.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY